IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                     MDL NO. 2327

---

THIS DOCUMENT RELATES TO:

*Maxine Shull, et al. v. Ethicon, Inc., et al.*                     Civil Action No. 2:12-cv-02296

**ORDER**

The court **ORDERS** that the Order entered on September 13, 2018 [ECF No. 41] was premature and is **VACATED**.

Defendants filed a Motion for Extension of Expert Deadline and Supporting Memorandum on September 13, 2018. [ECF No. 35]. Plaintiffs responded. [ECF No. 37]. The defendants have asked the court for more time to disclose experts; plaintiffs oppose the motion. For good cause shown, the defendants' Motion for Extension of Expert Deadline and Supporting Memorandum [ECF No. 35] is **GRANTED**.

Because of the court's ruling, the court **ORDERS** that the current scheduling order for this case [ECF No. 27] is **VACATED**. A new scheduling order will be entered. It is further **ORDERED** that defendants' Motion to Reconsider Denial of Defendants' Motion for Extension of Expert Deadline [ECF No. 42] is **DENIED as moot**.

The Clerk is **DIRECTED** to send a copy of this order to counsel of record and any unrepresented parties.

ENTER: October 10, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE